# Court of Record at the
## Wyandotte County, Kansas District Court

| | |
|---|---|
| Ronald Johnson-El propria persona Sui juris —Commanding— | NONFICTIONAL Demanding Jurisdiction united states of america constitutional Bill of Rights Protections |
| Wyandotte County, Kansas District Court | Moroccan Treaty of Peace and friendship |
| Wyandotte County, Kansas District Attorney Office | NONCOMMERICAL |
| | "For Court of Record only" |

## NOTICE
### Demanding full Dismissal with Prejudice

Comes Now, I, Ronald Johnson-El, in propria persona, proper person, As Spirit man, clothed with soul, clothed in human flesh and blood, living soul.

In case No. 01-CR-2150 the state of Kansas signed the "complaint information" Your honor if the state is an injured party to this case, they cannot be the "judge" or "prosecutor"

This case must be dismissed or transferred to Federal Court. Jurisdiction may be challenged at any time, and proven.

Questions

What jurisdiction did Wyandotte County, Kansas District Court use?

For civil action, let the record reflect, lacks a sworn complaint No injured party present Case must be dismissed.

Your honor if it was admiriality jurisdiction used, this is a Military tribunal Court, which the Court has no right to use with me.
I have not intered NO international contract. The prosecutor must produce this Contract Article I section 8 clause 17 of the constitution. Case must be dismissed

Your honor if this is some statutory jurisdiction, there is no such authorized jurisdiction under the united states of america republic constitution Case must be dismissed

Your honor if this is/was Common law jurisdiction, the state has signed the sworn complaint and proceeded as the prosecutor, and judge, which proves fraud on this Court. Case must be dismissed

Your honor, let the record reflect, if this is/was criminal jurisdiction the injured party must sign complaint information. The evidence of the record reflects the state signed the complaint information, which now and forever more evidence of fraud.

This court which only administrate it's own policies, codes, statutes all of which are the color of law, this court know it has no jurisdiction over me, Ronald Johnson-El, propria persona.

This court is well aware of the united states sixth amendment guarantees that jurisdiction must be established. Title 18 u.s.c section 242, states no one, no court may deprive anyone of constitutional guarantees under color of law.

Your honor, I do not think you would be violating your oath of office if you did your duty under the constitution. My guarantees under the united states Constitutional Bill of Rights/Constitution is absolute as a American Moor, Native to this land. My rights are not waved.

What Quo warranto authority does this ministeral court have to usurp my sixth amendment protections?

2.

The grounds for full dismissal with prejudice is fully standing on my sixth amendment guarantees as a American Moor, indigous to this land.

This is law, protected by the constitution A speedy hearing to dismiss this case with prejudice must occur at this time.

In Honor,

Ronald Johnson-El©

9/24/21    Ronald Johnson-El

Certificate of Certification

I, Ronald Johnson-El, certify, and affirm these are facts, protected by the Constitution, mailed certified to Wyandotte County, Kansas District Court 9/24/21 at the following address, same using regular / certified mail Wyandotte County, Kansas District Attorney Office

WY. Co, K.S.              WY. Co. KS
District Court            District Attorney Office
710 N. 7th St             710 N. 7th St.
K.C, KS 66101             K.C, KS 66101

Ronald Johnson-El

NONCOMMERICAL/NONFICTION

All Contracts are Void !

FILED

2021 SEP 30 PM 3:22

WYANDOTTE DISTRICT COURT
COUNTY KANSAS
BY
DEPUTY

Court of Record, Clerk Kristi Hill
Wyandotte County, Kansas District Court

Court of Record Clerk, this is to be, this only must be Recorded in a Court of Record only.

Please Record my jurisdiction challenge, this is NONSTATUTORY, this must not ever be take any other way.

Please Record this and send me back a Certified recorded copy.

Thank you Public Offical Clerk of Record Kristi Hill, Wyandotte Court, Kansas Court.

Ronald Johnson-El

Remedy : Full dismissal of case NO 01-CR-2150 with prejudice immediately.

9/24/21   Ronald Johnson-El

ronald johnson-el

01CR2150

FILED

Notice of Liability Concerning Tresspassing on Rights
by the
Wyandotte County Kansas District Court of Record
and the
Wyandotte County, Kansas District Attorney Office

| Ronald Johnson-El | NONCOMMERCIAL |
|---|---|
| propria persona, sui juris | All Rights Reserved |
| | NONFICTIONAL |
| — Notifying, Commanding — | NONSTATUTORY |
| | united states of america |
| Wyandotte County, Kansas | constitution, Bill of Rights |
| District Court of Record, | Protections, Moroccan Treaty |
| Wyandotte County, Kansas | of Peace and Friendship. |
| District Attorney Office | Moorish Science Temple of America |
| Jennifer Myres, Judge | Divine Constitution and By laws |
| Mark Dupree, D.A., wy.co, KS | Protected |

Whereas, it is a fundamental principle of
law that nobody is above the law including but
not limited to all government actors. The government
immunity clause **only** applies to government actors,
when they are performing their actions of their
office defined by their office in **good faith**
and that the United States Supreme Court has
made a ruling regarding public officals being

Kristi Hill
Wy. Co., KS., Clerk of Record for
Wy. Co., KS. District Court of Record

    Please record this "Notice of Tress-pass/
Liability Concerning Tresspassing on my rights by the
Wy. Co., KS., District Court of Record, and the Wy. Co., KS.
District Attorney's Office.

    Please record this, as well as send me
a certified copy of such recording, along with
all recent recording of actions sent.

      In Honor,

       Ronald Jahman-El
      propria persona sui juris

9/24/21

FILED
2021 OCT -7 PM 3:18
WYANDOTTE COUNTY KANSAS
BY
DEPUTY

I AM not here as PRO SE, because as Black's Law Dictionary, fourth edition states PRO SE means in person...

Ronald Johnson-El propria persona sui juris does not mean PERSON...

PERSON means artificial beings, as corporations; which I AM not. I command that I be address as written; As I AM, Ronald Johnson-El propria persona sui juris.

The Record must be corrected to state this truth, as it is fact.

All contracts are void; I rescind my signature for all contracts. I rescind all K.S.A.'s my autograph was on, for the lack of full disclosure.

My status is now corrected, thank you for your duty as a public servant.

In Humble Honor,

10/12/21

Ronald Johnson-El
propria persona sui juris
aa222141

This is for the Record from hereforth I AM addressed only propria persona sui juris after family name Johnson-El

"For the Record"

Dear Court of Record
Clerk Wy. Co, KS. Kristi Hill

FILED
2021 OCT 19 AM 10: 47
___ DISTRICT COURT
WYANDOTTE COUNTY KANSAS
DEPUTY

Today  10/12/21  I received my recorded
copy back from you of my

"Notice of Liability Concerning Tresspassing on Rights"
Recorded stamp date 10/4/21, 3:18 PM

As well my Notice: "Demanding full Dismissal with Prejudice"
dated  9/30/21
However my ROA report you have me down as
(Pro se), I did my Notices as the proper
natural person, as
          "propria persona sui juris"

     as   here
          Ronald Johnson-El
          propria persona sui juris

Please record this letter as well as the
enclosed Notice Correcting Status.

     Ronald Johnson-El
     propria persona sui juris

10/12/21

I hereby certify the above and foregoing
to be a True and correct copy, the origina
of which is filed and entered record
in this court.
CLERK DISTRICT COURT
WYANDOTTE CO, KS
Date 11-12-21
By _____ deputy

# Court of Record
## Wyandotte County, Kansas

| | |
|---|---|
| Ronald Johnson El<br>propria persona sui juris<br><br>- Commanding -<br><br>Jennifer Myres<br>Trustee/Administrator,<br>Judge | NONFICTIONAL<br>NONCOMMERICAL<br>NONSTATUTORY<br>- united states constitution,<br>bill of rights, all treaties<br>protected... |

FILED
2021 NOV -9 PM 4:02

Commanding Judiciary Panel

I am Ronald Johnson El. I command
my subrogation rights be certified,
for account 01-CR-2150

I hereby certify the above and foregoing
to be a True and correct copy, the original
of which is filed and entered record
in this court.
CLERK DISTRICT COURT
WYANDOTTE CO., KS
Date 11-10-21
By _____ Deputy

In Honor, with Clean Hands

Ronald Johnson El propria persona sui juris

11/1/21

FILED

11/1/21

2021 NOV -9  PM 4:02

THE DISTRICT COURT
WYANDOTTE COUNTY KANSAS

BY                    DEPUTY

Dear Clerk of Court of Record
Kristi Hill, Wy. Co., KS.

Will you please record my command
to have my "subrogation of rights certified,"
for account 01CR2150

please send me a certified recording!

Thank you ma'am

In Humble Honor

Ronald Johnson El
propria persona sui juris

I hereby certify the above and foregoing
to be a true and correct copy, the original
of which is filed and entered record
in this court

CLERK DISTRICT COURT
WYANDOTTE CO., KS

Date 11-10-21
By _____, deputy

Judical Notice
Court of Record
Wyandotte County, Kansas

FILED
2021 NOV 17 PM 3:50

| | |
|---|---|
| ronald johnson el | NONFICTIONAL |
| propria persona sui juris | NONCOMMERICAL |
| | NONSTATUTORY |
| - Commanding - | united states constitution, laws, |
| | bill of rights, treaty of peace |
| Jennifer Myres, Administrator, | and friendship Al Moroccan |
| Trustee, Judge | Empire Protected. |

Judical Notice Commanding the Court
of Record Trustee Jennifer Myres to obey
the Constitution and her oath.

I am, ronald johnson el, my sixth amendment
right has been in violation...
I invoke American Juris Prudence Book 16:
Constitution law section is invoked; meaning the
Judge is bound by oath to obey.
Meaning the Constitution is intended for the
observance of the Judiciary as well as other
departments of government, and judges are sworn

## 1.

to support its provisions, the Courts are not at liberty to overlook or disregard its commands or conteract evaisons thereof, it is there duty in authorized proceedings to give full effect to the existing Constitution and to obey all constitutional provisions irrespective of their opinion as to the wisdom or the desirability of such provisions irrespective of the consequences...

if the constitution prescribes one rule and the statute another in a different rule, it is the duty of the Courts to declare that the Constitution and not the statute governs in cases before them for judgment.

[ 16 Am Jur 2d., Sec. 155: emphasis added ]

"Question"

"Where does this Court get it's statutory jurisdiction under the united states constitution, to say I have to use some statute to have my sixth Amendment Right protected ?"

Once my sixth amendment protections were violated, why did this Judiciary ignore it ?

2.

The after years of ignoring my protections under the sixth amendment due process clause, I was denied the protections to proper process. "Stating in part I have to use some statute of color of law to have my rights protected...

" every right, when withheld, must have a remedy, and every injury its proper redress"
  [ U.S. 137 Marbury v. Madison ]

The state has not ever had standing once the K.S.A 21-4635 violated the protections I have to the sixth amendment.
The State lost it's CLEAR CHANCE to avoid further injury. see:
Leinbach v. Pickwick Greyhound Lines, 138 Kan. 50, 23 P2d, 449, 456, 92 A.L.R. 1.

The State, the Judiciary lost CLEAN HANDS, they both have lost, and have no jurisdiction.
The State, the Judiciary commited crimes and must be charged with violating 18 U.S.C. 242, 18 U.S.C. 241, 18 USC 2076, USC 42 § 1985...
This Judiciary must deny the state from Filing anything outside of a Dismissal with prejudice of the charge, as Common law provide.

3.

For the state, and the judiciary were deceitful or impurity of motive; As the KSC chief Justice stated in Johnson v. State, 2021, April 30, that K.S.A. 21-4635 being held unconstitutional in State v. Soto, 2014, April 11, did ACTIVATE the Mandatory saving clause. hard 50 Modification statute K.S.A. 21-6628(c), formerly K.S.A. 21-4639.

For unlawful or inequitable conduct, as common law states, case must be dismissed. The true unjust and unfair conduct, the wrongdoings of this Judiciary, the State, as common law provides me, Ronald Johnson El, full dismissal of case, charge, conviction.

As the KSC states, it has no jurisdiction, this Court of Record has no jurisdiction, the case must be dismissed with prejudice for the many violations.

This Court lost all jurisdiction and has to dismiss the charge. I do not Consent, I rescind all signatures, finger prints...

"The common law is the real law, the Supreme Law of the land, the codes rules, regulations, policy and statutes are "not the law""

[ Self v. Rhay, 61 Wn (2d) 261 ]

4.

... and again" All laws, rules and practices which are repugnant to the Constitution are null and void"
[ Marbury V. Madison, 5th US (2 Cranch) 137, 174, 176 (1803) ]

## Remedy / Conclusion

Do to the many major violations, by ignoring my protections under the Constitution, denying the justice for the violations, trying to stop God/Allah's will, the real law...

For such constitutional infringements upon common law; common law states this case must be dismissed without any more delay

In Honor,
Ronald Johnson El
propria persona sui juris

by special visitation I will appear, I must be transported from this for profit debtors prison to have this account settled and dismissed.

I hereby certify the above and foregoing to be a True and correct copy, the original of which is filed and entered record in this court.

CLERK DISTRICT COURT
WYANDOTTE CO, KS
DATE 11-17-21
By _____, deputy.

11/8/21

Dear Clerk of Record
Kristi Hill, Wy. Co., K.S.

May, I please get the date
of all/any pending Court date?

As well please record this Judicial Notice,
as well as send me a Certified recorded
copy please

"Thank you"

In Honor
with Clean Hands.

Ronald Johnson El

No hearings in our record.

Copy Enclosed.
Crim. Dept
11-17-21

FILED
2021 NOV 17 PM 3:50

Pg. 1

FILED

Case No. 01-CR-2150/01CR2150
NONCOMMERICAL / NONSTATUTORY

2021 NOV 18 PH 1:57

CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS

BY

DEPUTY

Dear Wy. Co. KS. Court of Record District Clerk
Kristi Hill

Please record this Great Writ of Mandamus,
Declaratory relief.
The issue is, the color of state statute
K.S.A. 21-4635, as your office Knows is absolutely
repugnant to the united states constitution.
The clerks office for whatever reason assumed
from the start, that I, Ronald Johnson-El, propria persona
sui juris was trustee of this case's accounts.
When in fact, I AM only the beneficiary in this
case accounts. I now demand all monetized
finanical instrutments be placed in my correct name
and be delivered to me by certified mail.
As the trustee is in fact the judge, who is to
administor the accounts monies to cover any/all
conmerical/statutory crimes, then the remaining
goes to natural person, after the account been set
at zero. Which has not happened as of yet.
So please record these NONCOMMERICAL/NONSTATUTORY
documents for the correction to take place with lawful
constitutional remedy, which the trustee/administrator
has no discretion to use color of state statute, or
color of law state statutes.
over →

Pg. 2

All Clerks and Judges must show they
are operating under only oaths to the upholding
the united states constitution, and laws that are
not repugnant to the constitution.

In Honor,

Ronald Johnson-El© AA222141

propria persona sui juris

Please send me a certified recording of
this Great Writ of Mandamus.

Thank you in advance

10/5/21

I hereby certify the above and foregoing
to be a true and correct copy, the original
of which is filed and entered record
in this court.
CLERK DISTRICT COURT
WYANDOTTE CO, KS
Date 1-11-22
By _____ deputy

Wyandotte County, Kansas Common Law
Court of Record

| | |
|---|---|
| Executor<br>Ronald Johnson-El<br>propria persona sui juris<br><br>-COMMANDING-<br><br>Jenifer L Myres<br>Trustee at Wy.Co.,KS.<br>Common Law Court of Record<br>Mark Dupree, Wy.Co.,KS<br>Upholding Constitutional oath<br>of District Attorney | NONSTATUTORY<br>NONFICTIONAL<br>NONCOMMERICAL<br><br>United States Constitutional,<br>Bill of Rights, Declaration<br>of Independence,<br>Moroccan Treaty of<br>Peace and Friendship<br>Al Moroccan/Moorish Science<br>Temple of America Constitution<br>and Bylaws - Protected- |

The Great Writ of Mandamus
and
Declaratory Relief in The
Common Law Court of Record

Comes Now, Ronald Johnson-El propria persona sui juris
Moves this court to remedy My unconstitutional
sentence of the person, to release by dismissing
charge, conviction, being the ... statutory jurisdiction
used is not; There is no such jurisdiction
authorized under the united states constitution.

pg. 1

The general rule is that a unconstitutional statute, whether Federal or State, though having the form and name of law is in reality no law, but is wholly void and ineffective for any purpose since unconstitutionality dates from the enactment and not merrily from the date of the decision so braining it.

In this controversy K.S.A. 21-4635 was held unconstitutional by the KSC on April 11, 2014, as the Constitution and AM. Jur. states, in Reality Statutes are not law.

So how is the Court upsuring my Constitutional protections?

Is this an Court that upholds the Constitution for all people?

## The Records Reflects

1. November 21, 2003, Ronald Johnson-El was sentenced under the first provision statute of the hard 50 act K.S.A. 21-4635.

2. April 11, 2014 K.S.A. 21-4635 is held unconstitutional by KSC because (K.S.A. 21-4635) violates the Sixth Amendment due process.

No rule or statute may be enforced to go against, or be repugnant to the U.S. constitution.

pg. 2

Being this has been an upsuring of my sixth amendment u.s constitutional protections for over 7 years now, with the purpose to continue deprive me of my secured rights under color of law is a violation not only of my protections, you are this court been in violation of Title 18 USC Sec. 241 + Sec 242.

Judges are deemed to know the law and are sworn to uphold it and can hardly claim that they acted in good faith for willful deformation of a law and certainly cannot plead ignorance of the law...

3. Only Common Law applies and it's remedy for the years of violations under color of law, depriving me, Ronald Johnson-El propria persona sui juris of my united states constitutional protections and all other protections.

The Court is to act as Trustee/Administer and can make "no rulings" if trustee (judge) does make a ruling they act under the color of law which is a crime under the constitution, this is called bad behavior such a judge should be removed from the bench immediately and brought before a Grand Jury for indictment.

pg. 3

4  K.S.A. 21-6628(c), formerly K.S.A. 21-4639 is
the mandatory savings clause under these color
of state law statutes, which is to correct
the sixth amendment violation K.S.A. 21-4635
color of state law infringed upon.
    KSC chief justice agreed in her discent
in my case April 30, 2021.
        How does this court explain upsuring my
Constitutional protections under color of state law?
Does color of state law over rides my Constitutional
protections?
        Why is color of state law depriving me
for over 7 years now remedy to correct the
Constitutional violations forced on me using
the Color of law?

5. Dispite the clear duty of this Common law court of
record, commanded to correct a Constitutional
violation that is protected, these public officals
involved through out these years to deprive me of
my Constitutional protections did so, Knowingly against
their Oath to uphold the Constitution, using color of
law to deprive me of my civil rights, and Constitutional
protections. By refusing to bring me Ronald Johnson-El
propria persona sui juris before the court to remedy
the violation, in this act the State/court lost
all jurisdiction of this matter...

pg. 4

Once the Court left all implied jurisdiction which
is only assumed, and refused remedy over
matter in violation of the Constitution for 7 years.
The only course is to Dismiss Case with prejudice.

6. Mandamus is an extraordinary remedy available
to Ronald Johnson-El propria persona sui juris.
Mandamus is appropriate command for the
purpose of compelling a public officer to perform
a clearly defined duty, one imposed by law
and Constitution, not involving exercise of
descretion using color of law to deprive me
of my protections.

7. The Great Writ of Mandamus is appropriate to
issue Common Law Remedy, which is a Dismissal
of this Case with prejudice. Declaratory Relief
in this Common law Court of Record is adequate
being not any other relief been available in the
Commerical side of the Court.

   See: Marbury v. Madison 5 U.S. 137 (1803)

   NOTE:
All assumed or presumed/implied Contracts
are NOW ALL VOID...

pg. 15.

# Commanded Lawful Relief

I, Ronald Johnson-El propria persona sui juris, command this Common Law Court of Record to issue following relief:

(a) Order public officals to show cause as to why they refused to comply to their public duty to mandate lawful, and Constitutional remedy for the sixth amendment violation color of law statute K.S.A. 21-4635 imposes on me, using color of state statute to deprive me of my rights.

(b) Set the lost of jurisdiction matter before proper panel of Court for dismissal hearing with prejudice for such violations.

(c) Issue a Writ in the nature of Mandamus

(d) Issue Declaratory Relief, that all actions/omissions of public officals sworn to uphold the constitution, but acted under color of state statute to deprive me of my rights, now as well my civil rights, and liberties,

(e) Order public officals in violation of my rights, to pay all court cost associated with these acts of violating me, my property, including but not limited to this Courts $797.00 recording fee, and Wyandotte County, Kansas Sheriff service of process fee of $15.00

Pg. 6

(E) Order all commanded Common law equitable
relief necessary in the interest of justice, as
the dismissal with prejudice provides, ect, within
law of the Constitution.

In Humble Honor,

Ronald Johnson-El propria persona sui juris

AA222141

10/5/21

I hereby certify the above and foregoin
to be a true and correct copy, the origin
of which is filed and entered reco
in this court.
CLERK DISTRICT COURT
WYANDOTTE CO, KS
Date 1-11-22
By _____, deputy

pg. 1

## Certificate of Service

I, Ronald Johnson-El propria persona sui juris hereby certify I have provided the original and a true and correct copy of this Great Writ of Mandamus, with *Declaratory* Relief request, it's attachments and exhibits with review of full record in whole, by delivering to:

Common Law Court of Record
Clerk Kristi Hill, Wy. Co., KS.
710 N. 7th St.
K. C, KS.   66101

I hereby certify the above and foregoing
to be a True and correct copy, the or
of which is filed and entered
in this court.

CLERK DISTRICT COURT
W       TTE CO, KS
Date 1-11-22
By _____ dep


Mailed  to :

County Attorney
Mark Dupree, Wy. Co., KS.
710 N. 7th St.
K. C., KS. 66101

Ronald Johnson-El
propria persona sui juris

10/5/21

AA222141

Affidavit of Equitable Interest
and Administrate - Process-

Truths and Facts
Correction of Record

With the charge of second degree
murder charged on 11-27-01 against
the account of RONALD JOHNSON, then
charge was amended on 1-22-2002 to
first degree murder on unfounded evidence,
only on the fact the trustee (Dexter Brudette,
judge) and assistance District Attorney.
Terra Morehead were lovers, and I
refused an excessive plea. So her lover
(her being Terra Morehead) Dexter Burdette
did as his lover requested, unlawfully
without supporting evidence, amended charge.
At some point in the process of
WY. Co., K.S. case 01-CR-2150 the Clerk
assumed I, the natural man in propria
persona, Ronald Johnson was the Trustee,
When in Fact I am Ronald Johnson-El
the executor as well as beneficiary in this
controversy. In order to balance the account
for RONALD JOHNSON at zero-O.

In doing so all remedies must be administered in this case without delay.

I, Ronald Johnson-El, command that all monetized fininacial instruments be placed in my true correct name, in cashiers check or money order and delievered to me immediately.

I ask, isn't the judge, a public trustee?, or administer? With my status correct, as well as ownership affidavit enclose, this must proceed without delay in my favor.

In Honor,

9/15/21

Ronald Johnson-El©
propria persona
representive for
RONALD JOHNSON©

I hereby certify the above and foregoing to be a True and correct copy, the original of which is filed and entered record in this court.

CLERK DISTRICT COURT
WYANDOTTE CO, KS
Date ____
By _____ deputy

I hereby certify the above and foregoing to be a True and correct copy, the original of which is filed and entered record in this court.

CLERK DISTRICT COURT
WYANDOTTE CO, KS
Date 1-11-22
By _____ deputy

Wyandotte County
District Attorney Mark Dupree                    RE: **Wy. Co. Case No.**
Conviction Integrity Unit                                **01-CR-2150**

Mr. Dupree,

Over two years ago, I was sent applications concerning the
integrity of the conviction-as well, over two years ago, I was
transported back to Wyandotte County Jail for a Mandatory Hard
50 Modification pursuant to K.S.A. 21-4639/21-6628(c).

As it turns out, Jennifer Myers allegedly only had had me
transported to speak with her friend and former co-worker, David
Mathews, State-appointed attorney. This action must be carefully
examined and invstigated.

It is no secret that the conviction and sentence have no
merit, no integrity, no legal statutory nor Constitutional standing,
not only violating several Constitutional protections; now my
civil liberties as well as my civil rights are being violated
due to the actions of this office and the Court, working together
to deny me of my statutory right to K.S.A. 21-4639/21-6628(c) for
several years now.

Terra Morehead secured an amended complaint on First Degree
Murder on a falsehood, stating, "A child of about twelve years of
age had seen me put a knife in the **inside pocket** of my Adidas coat.
When in fact, it was/is to this day proven that the Adidas coat
has **NO** inside pocket.

Terra Morehead was only able to get a sitting judge at that
time, to go against his Constitutional Oath and duty because of the
romantic love affair she and Dexter Burdette had had. No judge
anywhere in these United States would have allowed such, without
corruption being the core of such decision. These two individuals'
love affair was known to many within the DA's office and amongst
Court Officers.

Niether Terra Morehead, nor **Dexter Burdette** excused them-
selves from my case. They both knew that by proceeding together
on this case, was at the very least unethical. And once **Dexter
Burdette** signed off to allow an upward-amended complaint to
First Degree Murder, on **known** false evidence, this action taken
by these two public officials became **criminal** in nature.

This conviction lacks integrity and has infringed on my

Page 1 of 3

Constitutional protections. Dexter Burdette was able to conceal
this criminal action by being the judge on each and every appeal
filed in/on this case from the beginning to the present. Even
when Jennifer Myers took Judge Burdette's place, the same attitude
and outlook toward this case has never changed.

These public servants would not follow the law, nor the K.S.A.'s
from the beginning of this case. Every denial to every appeal was
set forth in order to cover for themselves.

The Coviction Integrity Unit/District Attorney's Office is
also well aware of the fact Juror 41, **Melissa Moore** came forth,
well into the second day of a 2 1/2 day jury trial to say that
she knew the victim and the victim's family and was over at the
victim's family's home visiting as they had openly discussed the
case, and my residence at a State Hospital, which was unknown to
the rest of the jurors. She also stated that she had felt that I
was guilty. All of this was said as Dexter Burdette tried to
quiet her and/or shut her up. This is evidenced within the trial
transcripts.

Jerome Gorman had taken over the Prosecution due to the
shocking offer of Federal employment for Terra Morehead at that
time. The fact that Juror 41, Melissa Moore, had gone to restroom
reccesses, lunch reccesses and the such with the other jurors as
she had bias and certain knowledge within her and the fact that
the Court knew this and had not declared a mistrial is pure crazy,
and smells of corruption at the highest levels of this District
Justice System. These aforementioned issues should result in an
automatic **dismissal of convictions** and at the very least should
have resulted in a **mistrial** being declared from the very beginning.
I am requesting that you, public servants, protect my secured
Constitutional rights, my civil liberties and my civil rights.

Also, this office is aware of the Mandatory Hard 50 Sentence
Modification, K.S.A. 21-4639/21-6628(c), but instead of following
the statutes, this office has tried to create controversy where
there is none. By doing so, this office is knowingly ignoring it's
own Mandatory Correction Statute, K.S.A. 21-4639/21-6628(c),
which is to correct the fact K.S.A. 21-4635 is a Sixth Amendment
Constitutional violation.

By this action, this has further infringed upon my Constitu-
Page 2 of 3

tional protections, by going against it's own administrational correction statute.

    I am asking you once again, please correct and remedy these major corrupt and unconstitutional actions taken by your office and various other court officials against me. Thankyou. These corrupt and unconstitutional actions could not have been taken without the knowledge of the Kansas Attorney General.

CC:

U.S. D.O.J.
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20543

Morgan & Pilate
142 North Cherry Street
Olathe, KS. 66606

Morgan & Pilate
926 Cherry Street
Kansas City, MO 64016

Federal Bureau of Investigation
Kansas Field Division
Darrin E. Jones, Special Agent-in-Charge
1300 Summit Street
Kansas City, MO. 64105

Kansas Bureau of Investigation
1620 S.W. Tyler Street
Topeka, KS. 66612

U.S. Supreme Court Case No.
20-76**
1 First Street N.W.
Washington, D.C. 20543

Kansas Attorney General's Office
120 S.W. 10th Avenue
Topeka, KS. 66612

I hereby certify the above and foregoing
to be a true and correct copy, the origin t
of which is filed and entered record
in this court.
    CLERK DISTRICT COURT
      WYANDOTTE CO, KS
Date 1-11-22
By _____ deputy

Sincerely,

*Ronald Johnson-El*

Ronald Johnson-El
"All Rights Reserved"
April 26, 2021

*Ronald Johnson-EL*
*"All Rights Reserved"*
*P.O. Box 311, EDCF*
*# 79020*
*El Dorado, Kansas (67042)*
*U.S.A.*

Page 3 of 3

this court. This court which only administrate it's own policies, codes, statutes all of which are the "color of law"...

This court is well aware of the united states sixth amendment guarantees that the jurisdiction must be proved...

Title 18 USC § 242, states no one, no court may deprive anyone of constitutional guarantees under the color of law. case must be dismissed

FILED

Wyandotte County, Kansas District Court

DEC 17 PM 3:41

Ronald Johnson:El
Propria Persona Sui Juris

- Commanding Proof of Jurisdiction -

Wyandotte County, Kansas District Court

01CR2150

NONSTATOTORY/NONSTATUTORY
NONCOMMERICAL
NONFICTIONAL
united states constitution, bill of rights, Moroccan Treaty of Peace and Friendship Protected, All Rights Reserved at all times

"Indeed no more than (Affidavits) are necessary to make Prima Facie Case"

By Special Visitation, via this document, being the court not as of yet transported me from its debtors prison to prove I am Ronald Johnson:El, Propria Persona Sui Juris, sure benifactor.

"Affidavit of Truths and Facts"

Your honor, let the record reflect, this Affidavit must be recorded, as truths, as well as facts...

1.) Your honor the record reflects the state of Kansas, at Wyandotte County, Kansas District Court signed the "Complaint information", in case account No. 01-CR-2150.
Your honor, if the state is an injured party to this case, they (the state) **cannot** be the "judge" or "prosecutor"...

2.) Your honor, let the record reflect, if this is/was criminal jurisdiction the injured party must sign complaint information. The evidence is the record which reflects the state signed the complaint information,

1.

12/12/

Court of Record Clerk
Krist Hill, wly. Co, K.S

Enclosed is my "Affidavit", of Truth and
Pleas send me a Certified recorded copy.

As well please provide me with any Court
appearances, as I have several actions o
this Court, with remedy pending.

"Justice delayed is Justice denied"

Please forward me any rebuttles, as the
prosecution has 14 business days to do so
if not the "Affidavit of Truth and Facts"
stands alone as Truth.

In Honor of All Law,

Harold Johnson ?
Propria Persona Sui

**There are no court appearances
scheduled at this time.** ~~Certoloed~~ *Certified*
**copy of paperwork enclosed.**

**Criminal Department**
~~12/17/21~~

FILED DEC 17 PM 3: 24

Kansas State Republic

| Ronald Johnson El | RE: CASE NUMBER: 01-CR-2150 |
|---|---|
| Propria Persona Sui Juris, | WYANDOTTE COUNTY DISTRICT |
| aboriginal and indigenous | COURT (Inc.) |
| Moorish American national | |
| of the Moroccan Empire | Consular Jurisdiction and Venue under |
| being detained ex rel EL DORADO | Treaty Law, per Articles 20 and 21 |
| CORRECTIONAL FACILITY | of the Treaty of Peace and Friendship |
| P. O. Box 311 | between United States of North America |
| El Dorado, Kansas republic | and Moroccan Empire, and per Article III |
| Plaintiff | section 2 of the Constitution of the |
| | United States of North America - |
| Vs. | Diversity of Nationality/Citizenship |
| | case. |

Jennifer L. Myres foreign hybrid European
(acting as) Associate Administrative Clerk
WYANDOTTE COUNTY DISTRICT COURT (Inc.)
710 N. 7th St
Kansas City, Kansas republic [near 66101]

## Affidavit/Judicial Notice
This Court has no Jurisdiction

1.) I, AM Ronald Johnson El, propria persona sui juris, aboriginal and indigenous Moorish American national of the Moroccan Empire. At this time I am being held hostage, after being kidnapped, I am being held for profit. As of September 30, 2021 a "Notice Demanding full Dismissal with Prejudice was recorded. No rebuttal, as jurisdiction was challenged,

and must be proven. On October 7, 2021 a "Notice of Liability Concerning Trespassing of Rights" was recorded. No rebuttal, being my right already have been violated by this WYANDOTTE COUNTY DISTRICT COURT (Inc.)

2.) On October 19, 2021 a "Notice to Correct Clerks Kristi Hill ROA, as I am not pro se. I am a living Soul addressing this as a fully competent man, propria persona sui juris. No rebuttal, jurisdiction is nonexsistant.

3.) On November 9, 2021 a "Commanding Judiciary Panel" was recorded, commanding my Subrogation rights be certified for account O1-CR-2150. No rebuttals as this Court of Record knows jurisdiction is nonexsistant.

4.) On October 28, 2021 all signatures have been rescinded, with all fingerprints along with all DNA. Jurisdiction is nonexsistant.

5.) On November 17, 2021, another "Judicial Notice" was recorded, challenging jurisdiction, as this WYANDOTTE COUNTY DISTRICT COURT (Inc.) knows they have no jurisdiction over me Ronald Johnson El, propria persona sui juris

6.) On November 18, 2021 a recording was made in this Court of record of "Writ of Mandamus", "Declaratory Relief," "Certificate of Service," "Notice of Liability Concerning Trespassing on Rights"

7) December 17, 2021 an Affidavit was recorded with this Court of record, concerning the truths and facts on law, as well as challenging jurisdiction. The Court was given 14 days to rebutt, if not the Affidavit will stand as truths and facts, and the Court will be in Default. This Court is in Default.

## Conclusion / Remedy

This Court clearly has no jurisdiction, due to fraud, case is offically in:

## DEFAULT

Failure to answer and produce, and prove jurisdiction to the above "Recordings" constitutes: DEFAULT, and serves as your admission by silence to the collusive actions and void administrative proceeding in case number 01-CR-2150/01-CR-2150 being unconstitutional, notwithstanding, null and void ab initio for lack of jurisdiction and fraud, and Plaintiff Ronald Johnson El being Kidnapped and held hostage for profit under your custody in unlawful imprisonment.

See: Elliot v. Peirsol 26 U.S. 328, 340 (1828)
("If a Court act without authority, its judgments and orders are regarded as nullities. They are not voidable but simply void; and form no bar to a remedy sought in opposition to them, even prior to reversal.

They constitute no jurisdiction; and all persons concerned in executing such judgments, or sentences, are considered, in law, as trespasses.") also see:
United States v. ThrocKmorton, 98 U.S. 61
("Fraud violates the most solemn contracts, documents and even orders, and judgments.")

# ARRANGEMENT

Upon your default, you shall forthwith execute the Writ of Habeas Corpus Ad Subjiciendum and release the Plaintiff Ronald Johnson El without condition or delay.

Ronald Johnson El
Propria Persona Sui Juris
Aboriginal and Indigenous
Moorish American National
"Without Prejudice"
Reserving All Rights At All Times"

I hereby certify the above and foregoing
to be a True and correct copy, the original
of which is filed and entered record
in this court.
CLERK DISTRICT COURT
WYANDOTTE CO, KS
DATE 1-24-22
By J Cannon , deputy

January 9, 2022 / 1/9/2022

# Affidavit

I declare and affirm by virtue of Divine Law, under the Zodiac Constitution, and the United States Republic Constitution 1791, and upon the honor of my Foremothers and Forefathers that the foregoing Order of Default and Judicial Notice-Affidavit is true and correct.

Witness my hand and seal thereof this 9th January day of the year 2022.

1/10/2022
Ronald Johnson El

Ronald Johnson El, propria persona
Juris Officer

01CR2150

1/9/2022

WYANDOTTE COUNTY DISTRICT (Inc.)
CLERK Kristi Hill

"The enclosed "Affidavit/Judicial Notice" is to be
recorded, As well record the enclosed "Oath"
of Jennifer L Myres, both recordings must be
certified."

    Please Certified the DEFAULT, as
well as the last page.

    The Court was silence, the recorded
Affidavit dated I filed was December 17, 2021
Stands as Law, Truth, and Facts, this Court
is in default.
    With this offical Default, you must forthwith
execute the Writ of Habeas Corpus Ad Subjiciendum
and release the Plaintiff Ronald Johnson El
without condition or delay.

    Please Certify this as well (all 5 pages are to
please be certified)! Thank you

Ronald Johnson El
without Prejudice
Reserving all Rights at all times

I hereby certify the above and foregoing
to be a True and correct copy, the original
of which is filed and entered record
in this court.
CLERK DISTRICT COURT
WYANDOTTE CO, KS
DATE 1-24-22
By J. Carlton , deputy.

2022 JAN 20 PH 2:33
CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS
BY _____ DEPUTY
FILED

Ronald Johnson: El
Propria Persona Sui Juris
Plaintiff

-Commanding This Oath To The
Constitution Be Upheld-

**STATE OF KANSAS**

**COUNTY OF WYANDOTTE)**

NON STATUTORY
NON COMMERICAL
NON FICTIONAL
I have been Kidnapped and being
held hostage for profit, on Case
account number 01-CR-2150
SS: Apply my Constitutional Guaranteed
Rights.

I do solemnly swear that I will support the Constitution of the United States

and the Constitution of the State of Kansas, and faithfully discharge the duties of

District Judge.  So help me God.

FILED
2022 JAN 27 PM 3:42
CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS
DEPUTY

**JENNIFER L. MYERS**

Subscribed in my  presence  and  sworn  to  before me this 9th day of January,

2017:

**ROBERT P. BURNS**
**DISTRICT JUDGE**

Autographed by my hand
on This January 20th
day, 2022
7:07 pm

Ronald Johnson : El
Propria Persona Sui Juris

to be a true and correct copy, the original
of which is filed and entered record
in this court.
CLERK DISTRICT COURT
WYANDOTTE CO, KS
Date 1-28-22
By _____, deputy

1/21/2022

Wyandotte County Kansas District Court (Inc.)
Court of Record Clerk, Kristi Hill

Please send me a certified recording
of this enclosed document, of the Judge's
oath with my autograph, commanding Law to be observed.
"Thank you"

Ronald Johnson: El
"without Prejudice"

1/21/2022

I hereby certify the above and foregoing
to be a true and correct copy, the original
of which is filed and entered record
in this court.

CLERK DISTRICT COURT
WYANDOTTE CO, KS

Date 1-26-22
BY _____ dep.

FILED
2022 JAN 27  PM 3:41
CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS
BY
DEPUTY

Notice of Liability Concerning Tresspassing on Rights
by the
Wyandotte County Kansas District Court of Record
and the
Wyandotte County, Kansas District Attorney Office

| | |
|---|---|
| Ronald Johnson-El | NONCOMMERTCAL |
| propria persona, sui juris | All Rights Reserved |
| | NONFICTIONAL |
| - Notifying, Commanding - | NONSTATUTORY |
| | united states of america |
| Wyandotte County, Kansas | constitution, Bill of Rights |
| District Court of Record, | Protections, Moroccan Treaty |
| Wyandotte County, Kansas | of Peace and Friendship. |
| District Attorney Office | Moorish Science Temple of America |
| Jennifer Myres, judge | Divine Constitution and By laws |
| Mark Dupree, D.A. wy. co., KS. | Protected |

Whereas, it is a fundamental principle of
law that nobody is above the law including but
not limited to all government actors. The government
immunity clause only applies to government actors,
when they are performing their actions of their
office defined by their office in good faith
and that the United States Supreme Court has
made a ruling regarding public officals being

held liable for actions done, and failure to perform required actions in the case of: Millbrock v. U.S. () 477 Fed. Appx. 4.

Therefore, I, Ronald Johnson-El, propria persona, sui juris, Do hereby preserve my rights, and serve by delivery by the united states postal service certified mail this "Notice of Liability Concerning Tresspassing on/of my nonnegotiable rights by the above named and unnamed public officals holding these offices,'

for Violating my due process, and process due to dismiss with prejudice this case for the many constitutional violations of my sixth amendment protections, jurisdiction has been challenged, and must be established!

In Honor, standing on law

Ronald Johnson-El
propria persona sui juris

9/25/26

I hereby certify the above and foregoing to be a true and correct copy, the origial of which is filed and entered record in this court.
CLERK DISTRICT COURT
WYANDOTTE CO, KS
Date 1-11-22
By_____, deputy

I hereby certify the above and foregoing to be a true and correct copy, the origint of which is filed and entered record in this court.
CLERK DISTRICT COURT
WYANDOTTE CO, KS
Date_____
By_____, deputy

FILED

Wyandotte County Kansas District Court (Inc.)
Court Of Record

2022 JAN 27 PM 3: 43

CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS
BY _____ DEPUTY

| | |
|---|---|
| Ronald Johnson: El | NONSTATUTORY |
| Propria Persona Sui Juris | NONCOMMERTCAL |
| Plaintiff | I have been Kidnapped |
| | and I am being held |
| - Commanding Law - | hostage for profit |
| | on Case account |
| Wyandotte County Kansas | number O1-CR-2150 |
| District Court (Inc.) | I reserve all my rights |
| | at all times |

## "Order For Immediate Release Due To Default, Failure To Litigate"

## Silence Equates Agreement

Comes Now, I AM Ronald Johnson: El, propria persona
sui juris, properly commanding this Court for
my immediate release; the reason(s) are as
follows ...

1.) Your honor, on December 17, 2021, at 3:24pm,
this Court of Record Clerk recorded a "Affidavit
of Truths and Facts", establishing in clear
detail the lack of jurisdiction and venue due
to fraud.
   The State was given 14 working days
to respond with rebuttal. The State stayed

1/20/2022

Court of Clerk,
Wyandotte County Kansas District Court (Inc.)
Kristi Hill

    Will you pleas recourd this document
to the record. This is an "Order For Immediate
Release Due To Default, Failure to Litigate.
    Please record immediately, and as well
return an certified recording to me. Thank you!

FILED
2022 JAN 27 PM 3:42
CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS
BY
DEPUTY

I hereby certify the foregoing instrument
to be a true and correct copy, the origi :
of which is filed and entered recon:
in the court.
CLERK DISTRICT COURT
WYANDOTTE CO, KS
Date 1-28-22
By _____ deputy

In The Wyandotte County Kansas District Court (Inc.)
Division Nine, Twenty-Ninth Judicial District
International Document     22 CV 118

| | |
|---|---|
| Ronald Johnson : El | RE: Case Number : O1-CR-2150 |
| propria persona sui juris | Wyandotte County District Court (Inc.) |
| Plaintiff (Special Appearance | Consular jurisdiction and venue |
| by way of this document ) | under Treaty Law, per Articles |
| - Commanding - | of Peace and Friendship of 1838 |
| | between United States of North |
| Wyandotte County Kansas District Court (Inc.) | America and Moroccan Empire ; |
| Division Nine, Twenty-Ninth Judicial District | and per Article III section 2 |
| Jennifer L. Myres, foreign hybrid European female | of the Constitution of the |
| (acting as) Associate Administrative clerk | United States of North America.- |
| (A.K.A. Judge) at 710 N. 7th Street | Diversity of Nationality |
| Kansas City, Kansas republic [near 66101] | Citizenship Case |

## Habeas Corpus Ad Subjiciendum

I am Ronald : Johnson : El, propria persona sui juris,
handling all my own affairs as the compitent living
divine soul, having no need to have anyone represent
Me, As I am a Majority

1.) Your laws, treaties, as well as the united states
constitution has been, is in violation by state
actors for several years now, concerning this
case account number O1-CR-2150.

2.) Jennifer L. Myres, (acting as) associate administrative
clerk, (commonly called judge), has received

several documents "Affidavits", that stand as
truth in law, being the Affidavits were not
rebutted, nor challenged by the State.

3.) The record reflects the State went into
Default, and this Court of foreign interest
is not upholding the Supreme law of this
law. So This Habeas Corpus Ad Subjiciendum
is the now **International Document** being
recorded.

4.) This document affords this court to
bring me, Plaintiff before the Court to
release Me, the Plaintiff, Ronald Johnson: El
immediately without condition or delay.

5.) The record reflects the state is in clear
Default, the law is established, and Supreme,
United States Supreme Court Case Law, sts the
example how this case must be dismissed,
the venue is improper, therefore jurisdiction
does not exist.
      This is a clear dismissal case, with
prejudice, as the facts of this record are
clear.

            Ronald Johnson: El
            Propria Persona Sui Juris
January 30, 2022

"Service of Certificate
Certificate of Service"

I Ronald Johnson El, Propria Persona Sui Juris,
I affirm that the enclosed Order, "International document"
Habeas Corpus Ad Subjiciendum is true, correct
Standing on all law, treaties, constitution(s).
The enclosed documents has been sent
to WYANDOTTE COUNTY DISTRICT COURT (Inc.)
Foreign venue and fraudulent jurisdiction located
at:

        710 N. 7th Street
        Kansas City, Kansas [near 66101]

Using united states postal services, sent
certified mail . . . , sent regular to
Mark Dupree [acting as] District Attorney at
WYANDOTTE COUNTY KANSAS DISTRICT COURT (Inc.)
Division Nine
710 N. 7th Street
Kansas City, Kansas [near 66101]

        Ronald Johnson El
        Propria Persona Sui Juris

This January month, the 30th Day of
this new eara of time 2022 year.

In The Morocco Consular Court At The Kansas State Republic
Consular Court Jurisdiction and Venue   22CV 118

| | |
|---|---|
| Ex Parte Ronald Johnson El Propria Persona, Sui Juris, Aboriginal and Indigenous, American Moor National (Moorish American) in the Moroccan Empire being detained ex rel. EL DORADO CORRECTIONAL FACILITY ℅ P.O. Box 311 El Dorado, Kansas republic | RE: 2001-CR-2150 Consular Jurisdiction and Venue under Treaty Law, per Articles 20 and 21 of the Treaty of Peace and Friendship of 1836 between United States of North America and Moroccan Empire; and |
| Plaintiff | per Article III section 2 of the Constitution of the United States of |
| VS | North America - Diversity of Nationality/Citizenship case |

FILED
2022 MAR 23  AM 9:40
CLERK U.S. DISTRICT COURT
WYANDOTTE COUNTY KANSAS
DEPUTY

Jennifer Myres, foreign hybrid European
female (acting as) Associate Administrative
Clerk (M.K.A. Judge)
WYANDOTTE COUNTY DISTRICT COURT (Inc.)
       710 N. 7th Street
Kansas City, Kansas republic
       [near 66101 ]


Jeff Zumba, foreign hybrid European male
(acting as) Secretary of Corrections of
KANSAS DEPARTMENT OF CORRECTIONS (Inc.)
       714 S.W. Jackson, suite 300
Topeka, Kansas republic
       [ near 66612 ]

Daniel Soptic, foreign hybrid European male
(acting as) WYANDOTTE COUNTY KANSAS SHERIFF (Inc.)
710 N. 7th Street
Kansas City, Kansas republic
[ near 66101 ]

Defendants

# WRIT OF QUO WARRANTO
International Document

Notice to Agent is Notice to Principle-Notice to Principle is Notice to Agent

Morocco Consular Court at Kansas State republic,
North-West Amexem, to wit:

TO: Jennifer Myres (acting as) Associate Administrative
Clerk (commonly called Judge)
WYANDOTTE COUNTY DISTRICT COURT (Inc.)
710 N. 7th St
Kansas City, Kansas republic
[ near 66101 ]

Jeff Zumba (acting as) Secretary of Corrections of
Kansas Department of Corrections (Inc.)
714 S.W. Jackson
Topeka, Kansas republic
[ near 66612 ]

Daniel Soptic (acting as) Sheriff, for/at
WYANDOTTE COUNTY KANSAS (Inc.)
710 N. 7th Street
Kansas City, Kansas republic
[ near. 66101 ]

Re: Kidnapping and hostage holding of Moorish American
National Ronald Johnson El (ex rel. RONALD JOHNSON,
I.D.#0079020, D.O.B. 12/4/1970

YOU ARE HEREBY COMMANDED to produce the
following to the officers and representatives, such as
myself of this Morocco Consular Court at the
Kansas state republic as proof and evidence
of your lawful jurisdiction and judicial authorization:

1.) Produce the certified copy of the alleged Delegation
of Authority order from Congress per Article III,
sections 1 and 2 of the Constitution for the United
States of North America, as evidence of the private foreign
corporate entity WYANDOTTE COUNTY DISTRICT (Inc.)
and its authorized representatives having been lawfully
conferred judicial authorization and consular jurisdiction to
hear and decide cases affecting the international Treaty
rights of Moorish American Nationals in disputes with
citizens of the United States per Articles 20 and 21
of the Treaty of Peace and Friendship of 1836
between the United States of North America and
the Moroccan Empire;

2.) Produce the alleged 4th Amendment lawful warrant being signed, and issued by and Article III judicial officer and the probable cause accusation being signed under oath or affirmation by an alleged identifiable natural person that established his 'Standing' in the records of case account number 01-CR-2150 of the foreign corporate entity WYANDOTTE COUNTY DISTRICT COURT (Inc.) as the injured party/victim in support of the alleged lawful warrant, which ordered for the arrest of the Plaintiff Ronald Johnson El and the seizure of his private and personal property;

3.) Produce the name and address, and telephone number of your public hazard and malpractice bonding company and the policy number of the bond, and if required, a copy of the policy describing the bonding coverage of your specifit job performance;

4.) Produce the copy of the alleged valid and verifiable 'contract' or 'COMMERCIAL agreement' made between the Plaintiff Ronald Johnson El and any representative of the foreign WYANDOTTE COUNTY DISTRICT COURT (Inc.) and/or the foreign STATE OF KANSAS (Inc.) which would subject the Plaintiff Ronald Johnson El to any specific proformance or to the color of any law, statute, code, rule, or regulation of the foreign STATE OF KANSAS or any of its subsidiaries;

5.) Produce proof of lawful service of process being made upon the Plaintiff Ronald Johnson El in case account number 2001-CR-2150 in the records of the foreign WYANDOTTE COUNTY DISTRICT COURT (Inc) in accordance with the prerequisites of 'Due Process of Law' under the 5th Amendment of the United States of North America and consular notification(s) requirements.

## ANSWER

This Writ of Quo Warranto shall be answered upon your receipt and no later than the month of March the 11th day, of year 2022, and the above evidence and information shall be produced to our officers and representatives of this Morocco Consular Court upon their arrival at the foreign WYANDOTTE COUNTY DISTRICT COURT (Inc.)

The 'law of Flags' shall be upheld, recognized and honored by your foreign corporate jurisdiction upon the arrival via Special Appearance of my Documents, as well as the fact I am Consul General of this Morocco Consular Court at the Kansas State republic in accordance with Article 4 of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire, which aver the following:

Article 4. A Signal or Pass shall be given to all vessels belonging to both Parties by which they are to be known when they meet at Sea, and if the Commander of a Ship of war of either Party shall have other ships under his convoy the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.

## MANDATORY INJUNCTION

This Writ of Quo Warranto serves as a mandatory injunction prohibiting the continuance of the collusive action and void administrative proceedings in case number 2001-CR-2150 in the records of the foreign WYANDOTTE COUNTY DISTRICT COURT (Inc.) from continuing until jurisdiction is proved to exist.

Otherwise, case number 2001-CR-2150 and any attachments associated thereto must be forthwith dismissed with prejudice for lack of jurisdiction and fraud. see: Melo v. United States, 505 F. 2d 1026 ("Once jurisdiction is challenged, the Court cannot proceed when it clearly appears that the Court lacks jurisdiction, the Court has no authority to reach merits, but, rather, should dismiss the action.")

## DEFAULT

Failure to answer and produce the above evidence constitutes another Default and serves as your

admission by silence to the collusive action and void administrative proceedings in case number 2001-CR-2150 being unconstitutional, notwithstanding, null and void ab initio for lack of jurisdiction and fraud, which has been established, and Plaintiff Ronald Johnson El being kidnapped and held hostage for profit under your custody in unlawful imprisonment. see: Elliot v. Peirsol, 26 U.S. 328, 340 (1828) ("If a Court acts without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a remedy sought in opposition to them, even prior to a reversal. They constitute no jurisdiction; and all persons concerned in executing such judgments, or sentences, are considered, in law, as trespasses."; also, see: United States v. Thorockmorton, 98 U.S. 61 ("Fraud violates the most solemn contracts, documents and even judgments.")

"All men Decide for themselves whether they want to participate in the institutions of men or not. The United States Supreme Court confirmed this when they said, "... every man is independent of all laws, except those prescribed by nature.

He is not bound by any institutions formed by his fellowman without his consent." [ Cruden v. Neale, 2 N.C., 338 May Term 1796 ]

"I only give consent to dismiss with prejudice."

## ARRAGEMENT

As you are already in Default, you
shall forthwith execute the Writ of
Habeas Corpus Ad Subjiciendum and
release Plaintiff Ronald Johnson El
without condition or delay.

### Affidavit

I declare and affirm by virtue of
Divine Law, under the Zodiac Constitution,
and the United States Republic Constitution 1791,
and upon the honor of my Foremothers and
Forefathers that the foregoing Order of
Default and Affidavit is true and correct

Seal of: Ronald Johnson El
          Consul General/Judicial Officer
          Morocco Consular Court
             All Rights Reserved
V.C. c/o P.O. Box 311, EDCF
       V.C. # 79020
       V.C. El Dorado, Kansas republic.

Morocco
Maghrib al Aqsa, North-West Amexem, to wit:

I HEREBY CERTIFY that the foregoing
is a full, true and correct copy of the
Writ Quo Warranto [Exhibit A] entered on
this Febuarary date of the 19th, year 2022,
in re case number 2001-CR-2150 in the records
of the foreign WYANDOTTE COUNTY DISTRICT
COURT (Inc.) was truely taken and copied from
the record and proceedings in the Morocco
Consular Court at Kansas State republic in
the foregoing case
          In testimony whereof, I have hereunto
affixed the seal of the thumb of my right
hand as Vizir/Consul General of Morocco
Consular Court at the Kansas State republic
this Febuarary 19th day, of year 2022.

Donald Johnson El, Vizir
Consul General, Morocco Consular Court
at the Kansas State republic

# Affidavit of Fact

## Certificate of Service

I, Ronald Johnson El, hereby certify that on this Feburary 19th day of year 2022, the enclosed Writ Of Quo Warranto [ Exhbit A ] and Certification Letter was sent via certified mail to the following recipients:

Jennifer Myres (acting as)          / In chambers (regular mail)
Associate Administrative Clerk    / U.S.A.
(M.K.A. Judge) 710 N. 7th St, Kansas City Kansas republic.

Jeff Zumba (acting as),
Secretary of Corrections /KANSAS DEPARTMENT OF CORR. (Inc.)
   714 S.W. Jackson suite, 300
     Topeka, Kansas republic /regular mail, u.s.a.

Daniel Soptic (acting as) sheriff at
WYANDOTTE COUNTY, KANSAS
     710 N. 7th St
Kansas City, Kansas republic / regular mail, u.s.a.

Kristi Hill (acting as) Clerk of Court at
WYANDOTTE COUNTY DISTRICT COURT (Inc.)
   710 N. 7th Street          / u.s.a.
Kansas City, Kansas republic /certified mail

WYANDOTTE COUNTY COMMON LAW DISTRICT COURT
Court of Record

FILED
2022 MAR 23 AM 9:40
CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS
22 CV 11

Ronald Johnson: El /Consul
Propria Personac Sui Juris
Plaintiff (Special Appearance
by way of this document)

v.

Robert Burns foreign hybrid European
male (acting as) Cheif Judge
710 N. 7th St
Kansas City, Kansas republic
[ near 66101 ]

Anita Peterson foreign hybrid European
female (acting as) Court Administrator
710 N. 7th St
Kansas City, Kansas republic
[ near 66101 ]

Kristi Hill foreign hybrid European
female (acting as) Court Clerk (District Clerk)
710 N. 7th St
Kansas City, Kansas republic
[ near 66101 ]

DEFENDANTS

RE: Case Number: 01-CR-2150
WYANDOTTE COUNTY
DISTRICT COURT (Inc)
Consular jurisdiction and
venue per treaty law per
Articles of Peace and Friendship
of 1838 between United State
of North America and The
Moroccan Empire, and per
Article III section 2 of
the Constitution of
North America

3/11/22

See: Exhibit A
Letter sent by Clerk Attached

Constitutional Violations By State Actors

5th, 6th Constitutional Amendments Violation in progress by this Court.

Civil Court Clerk is in Violation of : 18 USC 2076, 18 USC 242, 18 USC 241, 18 USC 2071

Court Administrator is in violation of : 18 USC 2076, 18 USC 242, 18 USC 241, 18 USC 2071

WYANDOTTE COUNTY CHEIF JUDGE OF DISTRICT COURT is in Violation of : 18 USC 2076, 18 USC 242, 18 USC 241, 18 USC 2071

18 USC 2076 - Clerk is to file :
Whoever, being a Clerk willfully refuses or neglects to make or forward any report, certificate, statement or document as required by law, shall be fined under this title or imprisoned not more than one year or both.

18 USC 241 - Conspiracy Against Right :
If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any state in the free exercise or enjoyment of any right shall be fined under this title or imprisoned not more than 10 years or both

1.

18 USC 242 - Deprivation of Rights Under Color of Law:
Whoever, under color of any law, statute, ordinance, regulation,
or custom, wilfully subjects any person in any State to
the deprivation of any rights - shall be fined under this
title or imprisoned not more than one year, or both.

18 USC 2071 - Concealment, ect:
     Whoever wilfully and unlawfully conceals, removes,
mutilates, obliterates, or destroys, or attempts to do
so, documents filed or deposited with any Clerk
or officer of any court, shall be fined or imprisoned
not more than three years, or both.

## Questions For Corruption Concerns/Actions

1. Why would the Writ of Mandamus be denied to be
filed/recorded by this office and held over a
month before being returned to me not filed?

2. Pursuant to 12 USC 95(a) everything has been paid
for. Why would Defendants demand I send them
FRN's to have my lawful documents recorded?

3. Why would this Court attempt to profit off me the
hostage who been Kidnapped?

2.

4. Why would I have to file under some color of law statute? I am not an employee of your Corporation, nor am I a statutory citizen

5. Why are you defendants demanding I take some benifit of your statute?

6. Why have you refused to record my lawful international document(s)?

7. Who is instructing you to operate in your foreign jurisdiction?

8. Is it the regular course of business for the Civil Clerks office, or some made up Criminal department to refuse to file/record lawful documents when documents are sent from the prison(s)?

9. Why is this Court ignoring it's fiduciary duties and using deceit attempting to make me the the trustee, which is fraud? This even after the benifited statute K.S.A.21-4635 was/is held unconstitutional.

10. I waive all benifits of your statutes, I stand in Law Propria-Persona Sui-Juris/Consul

**3**

**11.** Why hasn't Justice been administered, dismissing this case with prejudice, why hold me hostage for profit, on the unconstitutional statute K.S.A. 21-4635 ?

**12.** Why are you refusing the remedy to the unconstitutional sentence, using color of law, and local practices to violate rights ?

Ronald Johnson El / Consul
Propria Persona Sui Juris
with Prejudice
Duress Of Imprisonment
3/11/22

4.

Verification of Service

I AM Ronald Johnson: El propria persona sui juris/Consul could not have any bar member represent me, nor have my lawful offical documents in law by my hand notarized by any employee of this foreign jurisdiction corporation.

   I certify that my law document(s) were returned to me without being recorded/filed. And that FRN'S were demanded in violation of 12 USC 95(a)...
   So I had to file this document (Affidavit), Judicial Notice due to the deep seated corrupt actions within WYANDOTTE COUNTY DISTRICT COURT (Inc.)
   I certify all within this document is first hand knowledge recorded by my hand in this document, as I have been Kidnapped, and being held hostage for profit.

Mailed To The following Defendants :
Chambers of Robert Burns (acting as) Cheif Judge
Anita Peterson (acting as) Court Administrator
Kristi Hill (acting as) District Court Clerk
Address for all : 710 N. 7th St
        Kansas City, Kansas republic [near Colado.]
Ronald Johnson: El /Consul   3/11/22
Propria Persona Sui Juris
1

Please Provide Name of Civil Clerk . . .                    1/19/2022

To who it may concern, these documents were recorded in the wrong department. This Writ of Mandamus, is to be recorded in this Civil Department, I have supporting documents that are to be recorded with it, they are as follows.

1.) Writ of Mandamus / Certificate of Service

2.) Notice of Liability Concerning Trespassing on Rights

3.) Affidavit of Equitable Interest and Administrate-Process

4.) Letter To Wy. Co., KS, D.A., Mark Dupree

all evidence to support the fraud

The Civil case account number is needed immediately.

Thank you

Donald Johnson-El

Without Prejudice

FILED

2022 MAR 23 AM 9:40

CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS

BY ____

In The Morocco Consular Court At The Kansas State Republic
Consular Court Jurisdiction and Venue
WYANDOTTE COUNTY DISTRICT COURT (Inc.)

22 CV 118

| | |
|---|---|
| Ronald Johnson: El/Consul Propria Persona Sui Juris Aboriginal and Indigenous American Moor National (Moorish American) Consul in the Moroccan Empire being detained ex rel ELDORADO CORRECTIONAL FACILITY c/o P.O. Box 311 El Dorado, Kansas republic<br>Plaintiff<br><br>V.<br><br>Anita Peterson, foreign hybrid European female (acting as) Court Administrator 710 N. 7th St. Kansas City, Kansas republic [near 66101] | RE: Case Number: 01-CR-2150 WYANDOTTE COUNTY DISTRICT COURT (Inc.) Consular jurisdiction and venue per Treaty Law, per Articles of Peace and Friendship of 1838 between United States of North America and Moroccan Empire, and per Article III section 2 of the Constitution of North America<br><br>See: Exhibit A Letter from Court Attached<br><br>3/11/2022 |

Kristi Hill, foreign hybrid European
female (acting as) DISTRICT
COURT CLERK/CIVIL DEPARTMENT
710 N. 7th St. Kansas City, Kansas republic [near 66101]

Robert Burns, foreign hybrid European male (acting as)
CHIEF JUDGE AT WYANDOTTE COUNTY DISTRICT COURT (Inc.)
710 N. 7th St.
Kansas City Kansas republic
[ ncac 66101 ]
DEFENDANTS

Civil CLERK is in Violation of: 18 USC 2076,
18 USC 242, 18 USC 241, 18 USC 2071

Court Administrator is in Violation of: 18 USC 2076,
18 USC 242, 18 USC 241, 18 USC 2071

WYANDOTTE COUNTY DISTRICT COURT CHIEF is
in Violation of: 18 USC 2076, 18 USC 242,
18 USC 241, 18 USC 2071
     5th, 6th Constitutional violations in progress by Court

     18 USC 2076 - Clerk is to file:
Whoever, being a clerk willfully refuses or neglects
to make or forward any report, certificate,
statement, or document as required by law, shall be
fined under this title or imprisoned not more
than one year or, both

1.

18 USC 241- Conspiracy Against Rights:
If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State in the free exercise or enjoyment of any right shall be fined under this title or imprisoned not more than 10 years of both.

18 USC 242-Deprivation of Rights Under Color of Law:
Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State to the deprivation of any rights shall be fined under this title or imprisoned not more than one year, or both

18 USC 2071: Concealment, ect.: Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, documents filed or deposited with any clerk or officer of any court, shall be fined or imprisoned not more than three years, or both.

## QUESTIONS FOR CORRUPTION CONCERNS/Actions

1. Why would the document you sent me, refusing to file my lawful documents does not have anyones signature on it, as offical documents do?
Why delaying recording my Writ of Quo Warranto?

2.

2. Pursuant to 12 USC 95 (a) everything has been paid for. So why would the Defendants demand I pay them FRN's, to file my lawful international time sensitive documents?

3. Why would I have to file under some statute or color of law Statue? I am not employeed with your Corporation, nor am I a statutory citizen.

4. Why are you demanding I take some benifit of some statute?

5. Why are you defendants refusing, delaying the recordings of my law documents?

6. Who is instructing you mentioned defendants to with hold Justice, by sending my lawful documents back to me without recording them, demanding FRN's to record them?

7. Is this court aware that as the fiduciary and trustee it must discharge case account number 01-CR-2150 pursuant to 12 USC 95 (a)?

ATTORNEY IN FACT: Ronald Johnson El, Consul 3/11/2016

3.          Duress of Imprisonment

8. I waive the benifits of your statutes, Chapter(s), and regulations; I stand in law, propria persona sui juris.

9. Is it a regular course of business for this Clerk's office, civil, or some made up criminal department to refuse to file documents?

10. Is it a regular action for this Clerk's office to not only demand FRN payment, but to also demand that a Consul have they lawful documents notarized?

11. No fiduciary duties have been administered in this case account, only fraud, deceit, by way of attempting to make me the trustee. This even after the benifited statuted K.S.A 21-4635 was/is held unconstitutional

12. As the defendants know they lost jurisdiction, and have none due to fraud and have improper venue, thus no venue. So why are you having me held for payment?

13. Why haven't Justice been administered, dismissing this case with prejudice, why hold me hostage for profit?

3/11/2022  Donald Johnson III Proper Persona-Sui Juris/Consul
4  Duress OF Imprisonment